1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

7
8
9

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>              Plaintiff,<br><br>     v.<br><br>A. PEREZ, WARDEN, and UNITED STATES,<br><br>              Defendants. | Case No.  1:24-cv-00714-KES-HBK<br><br>ORDER TO SUBMIT ENCLOSED LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

10
11
12
13
14
15
16
17
18

        Plaintiff initiated this action by filing a pro se civil rights complaint under 42 U.S.C.

§ 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388

(1971) on June 20, 2024.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the

$405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  *See*

docket.

        Accordingly, it is **ORDERED**:

        1.  Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

            attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.

        2.  The Clerk of Court shall enclose a long form IFP application with this Order.

        3.  If Plaintiff fails to timely comply with this order, or request an extension by showing

19
20
21
22
23
24
25
26
27
28

1    good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's

2    failure to pay the applicable filing fee, comply with a court order and/or prosecute this

3    action.

4

5    Dated:    June 21, 2024

6                                                          HELENA M. BARCH-KUCHTA
                                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2